# IN THE SUPREME COURT OF THE STATE OF NEVADA

PYRAMID TRIBE TRUST DATED
AUGUST 1, 2014, HANA NEVADA
CORP., TRUSTEE,

    Appellant,

vs.

BANK OF AMERICA, N.A.,
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP, F/K/A
COUNTRYWIDE HOME LOANS
SERVICING, LP; AND ATC
ASSESSMENT COLLECTION GROUP,

    Respondents.

No. 80847

**FILED**

JUN 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment and from an order dismissing certain cross-claims. When initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has not filed a response to this court's order. However, the parties have filed a stipulation to dismiss this appeal. Cause appearing, the stipulation is approved and this appeal is dismissed. NRAP 42(b). The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Connie J. Steinheimer, District Judge
Carolyn Worrell, Settlement Judge
Jack I. McAuliffe, Chtd.
Akerman LLP/Las Vegas
Black & Wadhams
Leach Kern Gruchow Anderson Song/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A